1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  MICHAEL H. ARTINIAN, SBN 203443
   SPECTER & WILLOUGHBY, LLP
7  4675 MACARTHUR COURT, SUITE 1150
   NEWPORT BEACH, CA 92660
8  Telephone: (949) 833-9400
   Fax: (949) 833-9425
9
   Attorney for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | Case No. CIV.S.04-1884 MCE DAD |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| KAYO OIL COMPANY; JOSEPH P. MARCHI and NANCY C. MARCHI, TRUSTEES OF THE JOSEPH PAUL MARCHI and NANCY CAROLYN MARCHI TRUST, et al., | |
| Defendants. | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S 04-1884 MCE DAD, is hereby dismissed with prejudice.

Dated: May 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE